WOLFE v. WILMINGTON SHIPYARD, INC.

No. 14P00

Case below: 136 N.C.App. 661

Motion by defendant (Wilmington Shipyard, Inc.) to withdraw petition for discretionary review allowed 23 February 2000.

WRENN v. MARIA PARHAM HOSP., INC.

No. 16P00

Case below: 136 N.C.App. 672

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.